■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. CADY, Appellant. (Appeal No. 2.) [958 NYS2d 638]— Appeal from a resentence of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered January 19, 2010. Defendant was resentenced upon his conviction of criminal possession of a weapon in the second degree (two counts) and criminal possession of a weapon in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously vacated.

Same memorandum as in *People v Cady* (103 AD3d 1155 [Feb. 1, 2013]). Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.